CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

4/20/2023

LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ZACHARY R. COLEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 6:20-cv-00049 |
| | ) |
| JOHN MARSHAL HIGGINS, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Motion to Dismiss filed by Defendants Ashley Sloan and Roger Bryant is **GRANTED** and Count X of the Third Amended Complaint and all claims against Sloan and Bryant are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

Entered:  April 20, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge